UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

**MELISSA MCDERMOTT,**

    **Plaintiff,**

v.                                                      CIVIL NO. 4:22cv16

**PATIENT FIRST CORPORATION,**

    **Defendant.**

## FINAL ORDER

On October 19, 2022, this court entered a Memorandum Order, ECF No. 14, granting Defendant's Motion to Dismiss, ECF No. 10, and dismissing Plaintiff's Complaint, ECF No. 1, in its entirety, but without prejudice. The Memorandum Order provided Plaintiff forty-five (45) days to file an Amended Complaint. Id. at 27-28. Plaintiff was warned that "[i]f no Amended Complaint [wa]s timely filed, the case [would] be closed by the Clerk on this court's docket." Id. at 28. Because Plaintiff failed to file an Amended Complaint by December 5, 2022, it is hereby **ORDERED** that, for the reasons stated in the Memorandum Order, ECF No. 14, this case is **DISMISSED** with prejudice. Accordingly, the Clerk is **DIRECTED** to enter judgment in favor of the Defendant and close the case on this court's docket.

The Clerk is further **DIRECTED** to send a copy of this Final Order to counsel for all parties.

**IT IS SO ORDERED.**

/s/
Rebecca Beach Smith
Senior United States District Judge

REBECCA BEACH SMITH
SENIOR UNITED STATES DISTRICT JUDGE

December 9, 2022