UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

MELISSA MCDERMOTT,

    Plaintiff(s),

    v.

Case No.   4:22cv16

PATIENT FIRST CORPORATION,

    Defendant(s).

### JUDGMENT IN A CIVIL CASE

**Decision by the Court.**   This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that** this action is DISMISSED with prejudice.

DATED: December 9, 2022        FERNANDO GALINDO, Clerk

By_____/s/_____
D. Brandt, Deputy Clerk